AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rhode Island Laborer's District Council

V.

John Rocchio Construction Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 48 S

TO: (Name and address of Defendant)

John Rocchio Construction Co.
~~2440 Mendon Road~~ 20 LARK INDUSTRIAL PARKWAY
~~Cumberland, R.I. 02864~~ SMITHFIELD, R.I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter J. Comerford
Coia & Lepore Ltd
226 South Main Street
Providence, R.I. 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief

CLERK

2-1-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2-2-06 |
|---|---|
| NAME OF SERVER *(PRINT)* George Santopietro | TITLE (Constable) #6152 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 20 Lark Industrial Parkway, Smithfield, R.I.
John Rocchio Construction Co.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-2-06
Date

George Santopietro
Signature of Server

15 Telford Road, Barrington, R.I. 02806
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FEB -6 P 12:05

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.