**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** C.A. No. 06-48S

**JOHN ROCCHIO CORPORATION**

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Plaintiff in the above entitled action, pursuant to Rule 55(a) of the Rhode Island District Court Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the Plaintiff against the Defendant for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this application.

Plaintiff,
By their Attorneys,
***COIA & LEPORE, LTD.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
(401) 751-5522

**AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND**

The undersigned, being duly sworn, upon oath deposes and says:

1) That he is the attorney of record for the Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2) That on January 26, 2006, the Plaintiff filed in this action a Complaint against the Defendant;

3) That not less than twenty (20) days have elapsed since service of the Summons and Complaint upon the Defendant;

4) That examination of the Court files and records in this action show that the Defendant has failed to plead or otherwise defend as to the Plaintiff's Complaint, and;

5) That this affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Rhode Island District Court Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an Entry of Default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint.

Peter J. Comerford, Esq.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me at Providence this 12th day of June, 2006.

Lisa A. DiBiasio
Notary Public

LISA A. DiBIASIO
Please Print Name

6/21/2010
My Commission Expires

**AFFIDAVIT AS TO COMPETENCY AND NON-MILITARY SERVICE**

The undersigned, being duly sworn, upon oath deposes and states that the Defendant is not now, nor at the time of the commencement of this action was, in the Military Service of the United States as defined in Article 1 of

the Soldiers' and Sailors Civil Relief Act of 1940", as amended, nor an infant(s) nor an incompetent(s), and presently reside(s) at

Peter J. Comerford, Esq.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me at Providence this 12th day of June, 2006.

Lisa A. DiBiasio
Notary Public

LISA A. DiBIASIO
Please Print Name

4/21/2010
My Commission Expires

**ENTRY OF DEFAULT**

It appearing that the Defendant in the above-entitled action has failed to plead or otherwise defend as provided by the Rhode Island District Court Rules of Civil Procedure:

DEFAULT is hereby entered for the Plaintiff and against the said Defendant this ___ day of June, 2006.

______________________________
Clerk

**CERTIFICATE OF SERVICE**

John Rocchio Corporation
20 Lark Industrial Parkway
Smithfield, RI 02828

I hereby certify that on the 12 day of June, 2006, I mailed a copy of the foregoing Application to Clerk for Entry of Default, to the above-named party of record, postage prepaid, First Class Mail.

M Camara
Mary Lou Camara