**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** C.A. No. 06-48S

**JOHN ROCCHIO CORPORATION**

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Plaintiff in the above entitled action, pursuant to Rule 55(a) of the Rhode Island District Court Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the Plaintiff against the Defendant for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this application.

Plaintiff,
By their Attorneys,
***COIA & LEPORE, LTD.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
(401) 751-5522

**DEFAULT HEREBY ENTERED:**
Karen Baldwell
**DEPUTY CLERK** 6/12/06

**AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND**

The undersigned, being duly sworn, upon oath deposes and says: