UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:

RHODE ISLAND LABORER'S DISTRICT COUNCIL,
by and through, TRUSTEES OF THE RHODE ISLAND
LABORERS' HEALTH AND WELFARE FUND,
TRUSTEES OF TE RHODE ISLAND LABORERS'
PENSION FUND, TRUSTEES OF TE RHODE ISLAND
LABORERS' TRAINING TRUST FUND, TURSTEES OF
THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND,
AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION
INDUSTRY ADVANCEMENT FUND

VS. C.A. No. 06-48S

JOHN ROCCHIO CORPORATION

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed that the above referenced matter be dismissed with prejudice, no interest or costs.

Peter J. Comerford #3588
Attorney for the Plaintiff
*Coia & Lepore, Ltd.*
226 South Main Street
Providence, Rhode Island 02903