UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:

RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF TE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF TE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TURSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND

VS. C.A. No. 06-48S

JOHN ROCCHIO CORPORATION

**NOTICE OF DISMISSAL**

It is hereby stipulated and agreed that the above referenced matter be dismissed with prejudice, no interest or costs.

/s/Peter J. Comerford
Peter J. Comerford #3588
Attorney for the Plaintiff
*Coia & Lepore, Ltd.*
226 South Main Street
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that on the 10th day of November, 2006 I sent a copy of this Notice of Dismissal to John Rocchio, 20 Lark Industrial Parkway, Smithfield, RI 02828 by first class mail, postage pre-paid.

/s/Peter J. Comerford